UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROLF EGEN EISENBISE,

               Plaintiff,

v.                                        Case No. 17-cv-33-pp

BROWN COUNTY JAIL ADMINISTRATOR,

               Defendant.

---

**ORDER DISMISSING CASE**

---

On January 9, 2017, Rolf E. Eisenbise, a Wisconsin state prisoner who is representing himself, filed a complaint under 42 U.S.C. §1983, alleging that "Brown County Jail Administrator" violated his constitutional rights at the Brown County Jail. Dkt. No. 1. On July 10, 2017, Magistrate Judge Nancy Joseph issued an order, screening the complaint and ordering the plaintiff to file an amended complaint on or before August 10, 2017, naming a proper defendant. Dkt. No. 19 at 4. Judge Joseph warned the plaintiff that if he did not timely file the amended complaint, the case would be dismissed for failure to state a claim. Id. at 4. See also, Civ. L. R. 41(c) (E.D. Wis.) and Fed. R. Civ. P. 41(b). To date, the plaintiff has not filed an amended complaint.

The court **ORDERS** that this case is **DISMISSED** for failure to state a claim.

Dated in Milwaukee, Wisconsin this 15th day of August, 2017.

                                                            BY THE COURT:

                                                            _____
                                                            HON. PAMELA PEPPER
                                                           **United States District Judge**